IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KATHY KESSLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RESURGENT CAPITAL SERVICES, INC., and )<br>LVNV FUNDING, LLC., )<br>)<br>Defendants. ) | No. 09-cv-536 |

### ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

The telephonic status conference set for November 18, 2009 at 10:30 a.m. is stricken.

*Barbara B. Crabb*
~~Hon. Stephen Crocker~~
United States District Judge

Dated: November 5, 2009